IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-cr-12-3-D

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CARLETTA P. ALSTON, )<br>)<br>Defendant. ) | **ORDER TO SEAL** |

This matter comes before the Court upon the unopposed motion of the Defendant to seal Docket Entry No. 106. The Court has carefully weighed the interests advanced by the movant and those interests favoring public access to judicial documents and records, and finds that the interests advanced by the movant override any common law or constitutional right of public access which may attach to the information. Accordingly, for good cause shown, the Court GRANTS the motion. It is hereby ORDERED that Docket Entry No. 106 be sealed until such time as requested to be unsealed by Defendant.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office and counsel of record for Defendant.

SO ORDERED this the __7__ day of October, 2016.

JAMES C. DEVER III
Chief United States District Judge